Scanned at CDCR and E-Mailed on __10/3/18__ by __J.K__
(date)         (initials)
Number of pages scanned: __9__

**GERALD SPENCE AR6600**
Name and Prisoner/Booking Number

**NKSP A YARD 3-115L**
Place of Confinement

**P.O. BOX 5000**
Mailing Address

**DELANO, CA. 93216**
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**GERALD SPENCE**,
(Full Name of Plaintiff)
       Plaintiff,

v.

(1) **KELLY SANTORO, WARDEN**,
(Full Name of Defendant)

(2) **CAPTIAN ARSE**,

(3) **LIEUTENANT QUENTERO**,

(4) **OFFICER M. ORNELAS**,
       Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:18-cv-01363-SAB(PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: **NORTH KERN STATE PRISON DELANO, CA.**

Case 1:18-cv-01363-LJO-SAB  Document 1  Filed 10/03/18  Page 2 of 7

Scanned at CDCR and E-Mailed
on 10/03/18 by J.K.
    (date)      (initials)
Number of pages scanned: 9

## B. DEFENDANTS

1. Name of first Defendant: **KELLY SANTORO**. The first Defendant is employed as: **INSTITUTIONAL WARDEN** at **CSP-DELANO (NORTH KERN)**.
   (Position and Title)        (Institution)

2. Name of second Defendant: **C. ARSE**. The second Defendant is employed as: **CORRECTIONAL CAPTIAN** at **CSP-NORTH KERN, DELANO**.
   (Position and Title)        (Institution)

3. Name of third Defendant: **I. QUINTERO**. The third Defendant is employed as: **CORRECTIONAL LIEUTENANT** at **CSP-NORTH KERN, DELANO**.
   (Position and Title)        (Institution)

4. Name of fourth Defendant: **M. ORNELAS**. The fourth Defendant is employed as: **CORRECTIONAL OFFICER** at **CSP-NORTH KERN, DELANO**.
   (Position and Title)        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? **2**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **GERALD SPENCE** v. **STAMBAUGH, SOUTHWARD, VOSS et al,**
      2. Court and case number: **US DISTRICT COURT 2:14-cv-1107-WBS-AC-P**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   b. Second prior lawsuit:
      1. Parties: **GERALD SPENCE** v. **G. KAUR**
      2. Court and case number: **US DISTRICT COURT 2:16-cv-01828-KJN**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending**

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

Scanned at CDCR and E-Mailed
on 10/3/18 by J.C.
(date) (initials)
Number of pages scanned:
9

D. CAUSE OF ACTION

CLAIM I

1. State the constitutional or other federal civil right that was violated: **The 8th and 14th Amendment of Cruel and Unusual Punishment and Indifference to known risk of harm.**

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 12/31/17 I notified Warden Kelly Santoro by form 22 that I was in a threatening housing assignment. The Warden delegated this issue to the Captian (Arse), who in turn delegated it to Lt. I Quintero, according to Lt. Quentero at the "interview". Where I was called a "Snitch" and my issue was designated "a hustle". At which point I saw my issue was not taken seriously. I received repeated warnings that my cellie was "crazy" and had assaulted 8 previous cellies, some still on the yard who confirmed the attacks. Saturday January 13, 2018 my cellie, inmate Cole got off of his bunk and began putting on his gloves. He accused myself and all of his old cellies of "jumping up and down on his bed, while he was trying to sleep, because we didn't want him to have good dreams" and attacked me. He punched me several times as we wrestled, then placed his gloved thumb in my right eye lid causing it to bleed. In order to get his thumb out of my eye, I bit Cole on his face. At which point he stopped fighting and began to call for help and bang the cell door. Officer Ornelas came to the door and walked away alerting the control tower to release two black inmates to break up

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My head was sore for weeks, I suffer from Migrains and hypertension. My right eye lid was lacerated, swollen excreting pus and was red (the gloves were dirty). Each Defendant failed to act or intervene to prevent the ass-

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

Case 1:18-cv-01363-LJO-SAB   Document 1   Filed 10/03/18   Page 4 of 7

Scanned at CDCR and E-Mailed
on __10/3/18__ by __J.C__
(date)        (initials)
Number of pages scanned:
____9____

**CLAIM I**
**(continued)**

3. (continued);

the altercation. The tower officer opened the door and the two inmates pulled Cole out of the cell. The inmate known as Snail scolded Cole for "doing it again". Both Cole and myself were bleeding badly. Ornelas came out of the office and asked me if I were ok.

The two inmates began packing Cole's property. Cole continued to make threats. Cole was moved to building 4 from building 5. There was no report written on the incident but it was common knowledge among the staff what happened. One officer asking to see my teeth. An officer told me that Cole "was a man about it" because he went to Medical and claimed a collision playing football in which the other inmate's teeth accidentally went into his face. Cole was subsequently, months later, moved to an EOP yard.

I believe the incident was stagged due to Cole's known history with no paper trail, the Lieutenant's mockery of the concern and the fact that I had filed an inmate appeal on the Warden and the Captian for Access to the Courts, Due Process, Fourth Amendment and an illegal "Orientation" policy.

I did not seek medical attention due to an ongoing conflict since my arrival, (Dec. 13, 2017) at this institution.

4. INJURY(continued);

ault to exact retaliation for filing inmate appeals on them. I have residual psychological trauma when it comes to people moving about my person and cell assignments. I have had fights with Crips in the past and these people keep trying to house me with Crips in order to cause me harm. They won't protect me, a 60 yr old nonaffiliate.

3a

Scanned at CDCR and E-Mailed
on  10/3/18  by  J.IC
     (date)      (initials)
Number of pages scanned: 9

## CLAIM II

1. State the constitutional or other federal civil right that was violated: **4th Amendment Claim of Unreasonable Seizure of Property without Due Process of Law.**

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Upon arrival at NKSP I was placed in "Orientation" because I was transferred from CSP-Solano. It is the policy of Warden Santoro and Captian Arso to deny a new arrival of all property while in Orientation for 14 days while CDCR policy only allows for 10 days, with NO mention of the confiscation or denial of personal property.
   After the denial of my 3rd level appeal this administration was said to begin issuing personal property. However, this was not the case in August when I went "out to court" to CSP-Sacramento. Upon my return I was again placed in orientation for 14 days and denied All property, unable to communicate with family, attorneys, courts or counselors. A phone call is offered, but with no phone numbers (in my property) the jesture is but an impotent perfunctory tease. Court deadlines are ignored.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was denied the ability to comply with court ordered deadlines, in U.S. District Court; I was delayed in discovering the death of my Mother. I was unable to communicate with friends or attorney in my appeal and additional filings, including habeas petitions.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

on __10/3/18__ by __J.C.__
(date) (initials)
Case 1:18-cv-01363-LJO-SAB   Document 1   Filed 10/03/18   Page 6 of 7
Number of pages scanned:
__9__

## CLAIM III

1. State the constitutional or other federal civil right that was violated: __Access to the Courts implicating Due Process concerns and First Amendment.__

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   When arriving at NKSP I had an active "Priority Legal User" approval from CSP-Solano. I arrived on Dec. 13, 2017. I submitted the proper request to the Law Librarian, Mr. Cooper? who approved the request demonstrating a 30 court ordered deadline. My second attendance at law library I was cut off by Captian Arse physically intercepting my path to the library door and ordered me back to the orientation building, because I was wearing orange, orientation colors. I tried to explain that I was PLU with a deadline and that my legal work was in the library. Arse again ordered me to "take it back", then ordered three officers to escort me back. I didn't know who he was, he wasn't in uniform.
   I was then cell searched upon returning to the building. Later that night my legal work was brought to me by the officers that search the cell, it had been riffled through and was in disorder. I was not allowed to return to the library while in orientation despite the librarian also explaining to the Captian that I had a court ordered deadline within 30 days. Arse also "castigated" the librarian for allowing me entry into the library.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   In violation of th Bane Act CCP §52.1 my right to access to the courts was interferred with, delayed and interupted by Captian Arse's malicious and unreasonable actions. My legal papers were compromised, I had to file two additional extensions of time and my habeas action was delayed.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

Scanned at CDCR and E-Mailed on 10/3/18 by J.k
(date)        (initials)
Number of pages scanned: 9

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Requesting One Hundred Thousand Dollars in excess of each Defendant's employment liability insurance; The right to house with an inmate I am compatable with, or to be single cell status; That each defendant face criminal charges for stagging fights, assault and battery, elder abuse, falsifying official documents, perjury, conspiracy, endangerment, and attempted murder under the color of state law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Oct. 01, 2018__
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.