# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE, | Case No.: 1:18-cv-01363-LJO-SAB (PC) |
| Plaintiff, | Appeal No. 19-15989 |
| v. | ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |
| KELLY SANTORO, et al., | [ECF No. 26] |
| Defendants. | |

On June 12, 2018, the Court dismissed this action filed pursuant to 42 U.S.C. § 1983, without prejudice, for failure to state a cognizable claim for relief. (ECF Nos. 22, 23) On April 26, 2019, Plaintiff filed a notice of appeal. (ECF No. 24.)

On May 1, 2019, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). (ECF No. 26.) The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: **May 3, 2019**

UNITED STATES MAGISTRATE JUDGE

1